IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Afzal, Mir A

Printed: 5/6/08

Case Number: 05 B 51780
Judge: Squires, John H
Filed: 10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 26, 2008
Confirmed: December 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,240.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 14,443.11 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 796.89 |
| Other Funds: |  | 0.00 |
| Totals: | 15,240.00 | 15,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David E Cohen | Administrative | 0.00 | 0.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 1,189.36 | 506.89 |
| 3. | Funding Trust | Unsecured | 2,961.98 | 1,261.78 |
| 4. | Portfolio Recovery Associates | Unsecured | 1,106.75 | 471.49 |
| 5. | ECast Settlement Corp | Unsecured | 663.56 | 282.67 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,190.22 | 507.01 |
| 7. | Steve's Equipment Service | Unsecured | 7,929.16 | 3,377.70 |
| 8. | Eagle Credit Resources | Unsecured | 984.00 | 419.37 |
| 9. | ECast Settlement Corp | Unsecured | 3,580.23 | 1,525.13 |
| 10. | Resurgent Capital Services | Unsecured | 961.74 | 409.72 |
| 11. | Resurgent Capital Services | Unsecured | 1,124.13 | 478.90 |
| 12. | Statewide Insurance Company | Unsecured | 10,443.04 | 4,447.31 |
| 13. | Asset Acceptance | Unsecured | 1,772.56 | 755.14 |
| 14. | SBC | Unsecured |  | No Claim Filed |
| 15. | CB USA | Unsecured |  | No Claim Filed |
| 16. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 17. | Park Dansan | Unsecured |  | No Claim Filed |
| 18. | Park Dansan | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | MBNA America | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,906.73 | $ 14,443.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 244.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Afzal, Mir A

Printed: 5/6/08

Case Number: 05 B 51780
Judge: Squires, John H
Filed: 10/13/05

|  |  |
|---|---|
| 5% | 95.26 |
| 4.8% | 182.88 |
| 5.4% | 274.28 |
|  | _____ |
|  | $ 796.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____